

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00375-CR

Gregorio **BARRERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9166
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 12, 2019.

_____
Beth Watkins, Justice